**FILED**

December 17, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 2:12-mj-00342-CKD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| BRIAN FEDERICO, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Brian Federico</u>; Case <u>2:12-mj-00342-CKD</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     _X_  Unsecured Appearance Bond in the amount of $100,000.

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     _X_  (Other) <u>Pretrial Supervision/Conditions;</u> to appear on 12/21/2012 at 9:30 AM before Magistrate Judge Westmore in Oakland, CA.

Issued at <u>Sacramento, CA</u> on  12/17/12  at  2:30 pm

By _____
Carolyn K. Delaney
United States Magistrate Judge